IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAVARRO BELL, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:04-CV-0492-P |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

**ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Javarro Bell's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 27th day of March 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE